UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

            v.            11-mc-4-JD

<u>Charles Parker</u>

<u>O R D E R</u>

    I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated March 3, 2011, no objection having been filed, for the reasons set forth therein.

    SO ORDERED.

March 22, 2011                  <u>/s/ Joseph A. DiClerico, Jr.</u>
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

cc:    T. David Plourde, Esq.
        Charles Parker